# Court of Appeals
# of the State of Georgia

ATLANTA, February 13, 2013

*The Court of Appeals hereby passes the following order:*

## A13D0206.  DAVID BARKER v. YVONNE BARKER.

David Barker sued his ex-wife, Yvonne Barker, to modify the child support provisions of the parties' divorce decree and for contempt of the decree's visitation provisions.  The trial court dismissed the petition, and Barker seeks discretionary review in this Court.  We, however, lack jurisdiction.

Although the Court of Appeals may review cases relating solely to child custody, the Supreme Court has appellate jurisdiction over "[a]ll divorce and alimony cases." Georgia Constitution of 1983, Art. VI, Sec. VI, Par. III (6).  In Georgia, when the obligation to pay child support arises from a prior divorce proceeding, child support is a form of alimony.  See *Spurlock v. Dept. of Human Resources*, 286 Ga. 512, 513 (1) (690 SE2d 378) (2010); *Jones v. Jones*, 280 Ga. 712, 715-716 (2) (632 SE2d 121) (2006). Jurisdiction over actions to modify a divorce decree's child support provisions lies in the Supreme Court.  See *Stowell v. Huguenard*, 288 Ga. 628 (706 SE2d 419) (2011).  Accordingly, this application is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 02/13/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*



_____ , *Clerk.*